**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 424 MAL 2021
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
GERARDO LUIS TORRES, :
:
Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.